JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 00030**

-----------------------------------------------------------------X

LINDA SCHAEFER,

Plaintiff,                    **RULE 7.1 STATEMENT**

-against-

PATHMARK STORES, INC.,                    Docket #

Defendant.

-----------------------------------------------------------------X

RECEIVED
U.S.D.C. S.D.N.Y.
JAN 03 2008

        Pursuant to Rule 7.1 of the Local Rules of the United States District Court

for the Southern and Eastern Districts of New York and to enable Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for a private (non-governmental) party certifies that the following are

corporate parents, subsidiaries, or affiliates of that party which are publicly held.

        That Pathmark Stores, Inc. is a publicly traded corporation which operates

a chain of supermarkets in the Northeastern United States.  It is incorporated in the

State of Delaware.  Its principal place of business is in the State of New Jersey.  There

are no other parent corporations, subsidiaries or affiliates which are publicly held.

Dated:  Mineola, New York
         January 3, 2008

                    BY: _____
                         SIGNATURE OF ATTORNEY
                         HENRY M. PRIMAVERA (8788)