UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LINDA SCHAEFER,

        Plaintiff,                                            **JURY DEMAND**

  -against-

PATHMARK STORES, INC.,                                 08 CV 00030 (SAS)

        Defendant.

------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that defendant Pathmark Stores, Inc. hereby demands a trial by a jury.

Dated: Mineola, New York
       January 3, 2008

                                        Respectfully submitted,

                                        KRAL, CLERKIN, REDMOND, RYAN,
                                              PERRY & GIRVAN, LLP
                                        Attorneys for Defendant
                                        Office & P.O. Address
                                        69 East Jericho Turnpike
                                        Mineola, New York 11501
                                        (516) 742-3470

                                        BY: _____
                                           HENRY M. PRIMAVERA (8788)

TO: VOZZA & HUGUENOT
     Attorneys for Plaintiff
     2435 Eastchester Road
     Bronx, New York 10469

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

LINDA SCHAEFER,

               Plaintiff,                                   CV 08 00030 (SRS)

       -against-                                  AFFIDAVIT OF
                                                               SERVICE

PATHMARK STORES, INC.,

               Defendant.

----------------------------------------------------------X
STATE OF NEW YORK )
                    ) ss.:
COUNTY OF NASSAU )

       LORETTA GRECO, being duly sworn, deposes and says:
       That your deponent is not a party to the action and is over the age of 18 years and on January 3, 2008 deponent served the within JURY DEMAND upon the attorneys for the respective parties to this action as follows:

TO:   VOZZA & HUGUENOT
        Attorneys for Plaintiff
        2435 Eastchester Road
        Bronx, New York 10469
        718-654-3330

the addresses designated by said attorneys for that purpose by dispatching a true copy thereof enclosed in a properly addressed wrapper into the custody of Federal Express for overnight delivery service, prior to the latest time designated by that service for overnight.

                                                                          LORETTA GRECO

Sworn to before me this
January 3, 2008

_____
NOTARY PUBLIC

MARY ANNE INTINTOLI
Notary Public, State of New York
No. 4708063
Qualified in Nassau County
Commission Expires August 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA SCHAEFER,

    Plaintiff,

  -against-

PATHMARK STORES, INC.,

    Defendant.

## JURY DEMAND

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

*Attorneys for* PATHMARK

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501
(516) 742-3470

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: ..........................  Signature .................................................

    Print Signer's Name....................................

*Service of a copy of the within*    *is hereby admitted.*

Dated:

    *Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on  20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.  , one of the judges of the within-named Court,
at
on  20  , at  M.

Dated:

    KRAL, CLERKIN, REDMOND, RYAN
    PERRY & GIRVAN, LLP
*Attorneys for*

To:    69 EAST JERICHO TURNPIKE
    MINEOLA, NEW YORK 11501

*Attorney(s) for*