USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x

Linda Schaefer,                        :

             Plaintiff,          :

    - against -                      :

Pathmark Stores, Inc.,                 :

             Defendant(s).       :

- - - - - - - - - - - - - - - - - - - - - - - - - -x

**SCHEDULING ORDER**

08 Civ. 0030 (SAS)
Conference Date:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on 1/29/08         (the "Order"); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

*Initial Disclosures 2/13 Doc Req 3/17 Responses 4/7*

(2)    a concise statement of the issues as they then appear;
whether or not Pathmark was negligent by virtue of the alleged presence of a liquid soap type substance on the floor. The nature and extent of plaintiff's injuries.

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;
1. Plaintiff, 2. General Store Manager on duty and if no longer employed current general store manager and 3. "George", plaintiff's friend and eyewitness.   *] APRIL*

    (b) a schedule for the production of documents;
1. Video tape of incident if available or affidavit regarding tape. 2. Incident report and 3. plaintiff's medical records.  *] MAY*

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed; plaintiff 5/12/08
defendant 5/30/08

    (d) time when discovery is to be completed;
~~8/14/08~~   *7/14/08*

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

7/29/08

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

8/8/08

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_July 15 at 4:30_ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

    orthopedics

(7) anticipated length of trial and whether to court or jury;

    4 days, trial by jury

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

    agreed

(9) names, addresses, phone numbers and signatures of counsel; Vozza & Huguenot, 2435 Eastchester Road, Bronx, New York 10469, 718-654-3330
Kral, Clerkin, Redmond, Ryan, Perry & Girvan, 69 East Jericho Turnpike, Mineola, New York 11501, 516-742-3470

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.

2/14/08