UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK           X
-------------------------------------------------- :
                                                   :
Schaefer                                           :
                                                   :
    -v-                                            :
                                                   :
Pathmark                                           :
                                                   X
--------------------------------------------------

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 30 (SAS)( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
          Feb. 21, 2008

United States District Judge