UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

-----------------------------------------X

LINDA SCHAEFER,                           :
                                          :
                        Plaintiff,        :     08 Civ. 0030(THK)
                                          :
            -against-                     :     **ORDER OF DISMISSAL**
                                          :
PATHMARK STORES, INC.,                    :
                                          :
                        Defendants.       :
-----------------------------------------X

**THEODORE H. KATZ, United States Magistrate Judge.**

    The parties having consented to trial before me pursuant to

28 U.S.C. 636(c); and having reached an agreement to settle this

action; it is hereby ORDERED that the action is dismissed with

prejudice, subject to reopening within thirty days for good cause

shown.

                              SO ORDERED.

                              _____
                              Theodore H. Katz
                              United States Magistrate Judge

Dated:  July 15, 2008
        New York, New York