UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SCHAEFER,

                Plaintiff,

- against -

PATHMARK STORES, INC.,

                Defendants.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Index# 08Civ.00030(SAS)(THK)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, **with prejudice** and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court,.

Dated: Bronx, New York
       July 16, 2008

_____
VOZZA & HUGUENOT, ESQS.

Attorneys for Plaintiff(s)
Office & P.O. Address
2435 Eastchester Road
Bronx, New York 10469
(718) 654-3330

_____
KRAL CLERKIN REDMOND RYAN
PERRY & GIRVAN, LLP
Attorney for Defendant(s)
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

ALL STATE LEGAL®
07181 BF • 07182 BL • 07183 GY • 07184 WH
800.222.0510  www.aslegal.com

Index No. 08civ.00030 (SAS)(THK) Year 20

UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK

~~LINDA SCHAEFER,~~

  Plaintiff,

-against-

PATHMARK STORES, INC.,

  Defendants.

---

**STIPULATION OF DISCONTINUANCE**

---

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

Attorneys for Defendants

170 BROADWAY
NEW YORK, NEW YORK 10038
(212) 406-9710

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: August 8, 2008

Signature: /s/ Joseph C. Bellard

Print Signer's Name: JOSEPH C. BELLARD

---

Service of a copy of the within _____ is hereby admitted.

Dated:

  Attorney(s) for

---

PLEASE TAKE NOTICE

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on _____ 20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the
Hon. _____, one of the judges of the within-named Court,
at
on _____ 20 _____, at _____ M.

Dated:

  **KRAL, CLERKIN, REDMOND, RYAN**